This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**WINDCHIME CONDOMINIUM ASSOCIATION,**

Plaintiff-Appellee,

v.                                    **NO. A-1-CA-37153**

**JUSTIN GEHRE,**

Defendant/Crossdefendant-Appellant,

and

**JOHN KEITH VINYARD; KAREN VINYARD; ANGEL FIRE RESORT OPERATIONS, LLC; and ASSOCIATION OF ANGEL FIRE PROPERTY OWNERS, INCORPORATED,**

Defendants/Crossclaimants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF COLFAX COUNTY**
**Emilio J. Chavez, District Judge**

Terrence R. Kamm
Raton, NM

for Appellee

Justin Gehre
Walsenberg, CO

Pro Se Appellant

Robert O. Beck
Clayton, NM

for Appellees John Keith Vinyard & Karen Vinyard

Daniel E. Rakes
Angel Fire, NM

for Appellees Angel Fire Resort Operations, LLC

Carol A. Neelley, PC
Santa Fe, NM

for Appellees Association of Angel Fire Property Owners, Incorporated

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     **AFFIRMED.**

{3}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Chief Judge**

**WE CONCUR**:

_____

2

**M. MONICA ZAMORA, Judge**

_____

**J. MILES HANISEE, Judge**